IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05-cv-262-T |
| ) | WO |
| BAMA BUDWEISER OF ) | |
| MONTGOMERY, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the July 7, 2005, motion to substitute and motion for default (doc. # 7) filed by the plaintiff.  On July 15, 2005, the defendant filed an objection to the motion for default.  (Doc. # 9).  Upon consideration of the motion and for the good cause, it is

ORDERED that the motion to substitute be and is hereby GRANTED, the defendant's objections to the motion for default be and are hereby SUSTAINED and the motion for default be and is hereby DENIED.

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan and other information as required for filing the report of the parties' planning meeting.  Accordingly, it is

ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **August 4, 2005**.  It is further

ORDERED that a scheduling conference be and is hereby set on **August 11, 2005 at 9:30 a.m.**.  This conference shall be conducted by telephone conference which shall be set up by the plaintiff.  If any party desires a face-to-face conference with the other parties and the court, the request and any objections should be made in the report of the parties' planning meeting.

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date.   If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.  This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within 4 - 6 weeks of a scheduled trial term. The dates of each judges civil trial terms are available on the court's website, www.almd.uscourts.gov.  The scheduling order which the court will enter will follow the form of the Uniform Scheduling Order adopted by the Judges of this court. The Uniform Scheduling Order is also available on the court's website.  The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure as well as the requirements of this order.

Done this 19th day of July, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE